**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Claude Ranger, III, | No. CV-19-03799-PHX-JJT (ESW) |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Petitioner Claude Ranger, III, who is confined in the Arizona State Prison Complex-Florence, has filed a pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C.§ 2554 (Doc. 1). The Court ordered Respondents to file an Answer (Doc. 3 at 3).

Pending before the Court are Petitioner's "Motion Extension for 30-45 Days to File a Motion for Leave a First Amended Petition" (Doc. 9); "Motion Copy of my Habeas Corpus" (Doc. 10); "Motion to Reconsider Point of Counsel" (Doc. 11); a letter filed July 26, 2019 (Doc. 12) docketed as a Motion for Clarification; a letter filed August 1, 2019 (Doc. 13) docketed as Amended Motion for Third Petition of Habeas Corpus; and "Motion to Leave to File a Amended Petition" (Doc. 14). The Court has considered all of Petitioner's requests.

**IT IS ORDERED** denying as moot "Motion Extension for 30-45 Days to File a Motion for Leave a First Amended Petition" (Doc. 9). Petitioner has timely filed his Motion to Amend and proposed First Amended Petition.

**IT IS FURTHER ORDERED** denying as moot "Motion Copy of My Habeas Corpus" (Doc. 10). Petitioner has filed his proposed First Amended Petition.

**IT IS FURTHER ORDERED** denying "Motion to Reconsider Point of Counsel" (Doc. 11). Motions for reconsideration should be granted only in rare circumstances. *See Carroll v. Nakatani*, 342 F.3d 934, 945 (9th Cir. 2003). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J, Multnomah County v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993); *see also* LRCiv 7.2(g)(1) ("The Court will ordinarily deny a motion for reconsideration of an Order absent a showing of manifest error or a showing of new facts or legal authority that could not have been brought to its attention earlier with reasonable diligence"). Petitioner has not presented any basis which warrants reconsideration of the Court's prior order denying the request to appoint counsel.

**IT IS FURTHER ORDERED** denying as moot Petitioner's letter filed July 26, 2019 (Doc. 12), docketed as a Motion for Clarification. Petitioner timely has filed a Motion to Amend his Petition and lodged a proposed First Amended Petition on the proper form. The Court's Order (Doc. 8) speaks for itself, and no further clarification is deemed necessary.

**IT IS FURTHER ORDERED** denying as moot Petitioner's letter filed August 1, 2019 (Doc. 13), docketed as Amended Motion for Third Petition of Habeas Corpus. Petitioner has filed his proposed First Amended Petition on the proper form.

**IT IS FURTHER ORDERED** granting Petitioner's "Motion to Leave to File A Amended Petition" (Doc. 14). The Court directs the Clerk of Court to file Petitioner's lodged proposed First Amended Petition for Writ of Habeas Corpus. Respondents shall answer the First Amended Petition no later than **October 14, 2019**.

Dated this 22nd day of August, 2019.

_____
Eileen S. Willett
United States Magistrate Judge